DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SASHA BOWEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2312

[April 8, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. 08-10785CF10A.

Sasha Bowen, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KUNTZ and ARTAU, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***